**DISMISS and Opinion Filed May 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01480-CV

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellant**
**V.**
**CHACON AUTOS LTD., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-03130-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to dismiss the appeal. The parties inform the

Court that they have settled their differences. We grant the motion and dismiss this appeal. *See*

TEX. R. APP. P. 42.1(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181480F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY, Appellant

No. 05-18-01480-CV     V.

CHACON AUTOS LTD., Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-17-03130-D.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

It is further **ORDERED** that the obligations of Traveler's Casualty and Surety Company of America, as surety on appellant's supersedeas bond, are **DISCHARGED**.

Judgment entered May 9, 2019.